IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LAURA SMARANDESCU,<br>    Plaintiff,<br><br>v.<br><br>IOWA STATE UNIVERSITY OF SCIENCE AND TECHNOLOGY,<br>    Defendant. | Case No. 4:17 CV 00130<br><br><br><br>**JOINT STATUS UPDATE** |

**COME NOW** the parties and file this joint status update. The parties' settlement agreement was presented to the State Appeal Board on March 11, 2019, and approved. Payment is being processed. The parties will file a joint motion to dismiss this matter with prejudice as soon as possible and no later than five business days after Plaintiff's counsel receives the agreed-upon payments.

    Respectfully Submitted,

    THOMAS J. MILLER
    IOWA ATTORNEY GENERAL

    **/s/ NATASHA N. WILSON**
    NATASHA N. WILSON
    Assistant Attorney General
    Hoover Building, Second Floor
    Des Moines, Iowa 50319
    PHONE: 515-725-0501
    FAX: 515-281-4902
    E-MAIL: natasha.wilson@ag.iowa.gov
    ATTORNEY FOR DEFENDANT

    **/s/ WILLIAM W. GRAHAM**
    William W. Graham
    DUNCAN GREEN, P.C.
    400 Locust Street, Suite 380

        Des Moines, IA 50309
        Telephone: 515-288-6440
        Fax: 515-288-6448
        Email: wwgraham@duncangreenlaw.com
        ATTORNEY FOR PLAINTIFF

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 12, 2019:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/AUDRA DRISH