# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| LAURA SMARANDESCU,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA STATE UNIVERSITY OF SCIENCE AND TECHNOLOGY,<br><br>    Defendant. | Case No. 4:17-cv-00130<br><br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear her and its own costs and fees.

/s/ William W. Graham
William W. Graham     AT0002953
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA  50309
Telephone:  (515) 288-6440
Facsimile:  (515) 288-6448
wwgraham@duncangreenlaw.com
ATTORNEY FOR PLAINTIFF

**THOMAS J. MILLER**
Attorney General of Iowa

/s/ Natasha N. Wilson
Natasha N. Wilson
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut
Des Moines, IA  50319
Telephone:  (515) 725-0501
Facsimile:  (515) 281-7219

natasha.wilson@ag.iowa.gov
ATTORNEY FOR DEFENDANT